IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2015
CLERK, U.S. DISTRICT C.
By _____
Deputy

| | |
|---|---|
| LASONYA R. WILSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § NO. 4:13-CV-891-A |
| | § |
| CAROLYN W. COLVIN, ACTING | § |
| COMMISSIONER OF SOCIAL | § |
| SECURITY, | § |
| | § |
| Defendant. | § |

ORDER

Came on for consideration the above-captioned action wherein Lasonya R. Wilson is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act. On February 6, 2015, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until February 20, 2015, in which to file and serve objections. No objections have been filed. After studying the entire record of this action, the court adopts the magistrate judge's proposed findings and conclusions and accepts his recommendation.

Therefore,

The court ORDERS that the decision of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, that based on the application for a period of disability and disability insurance benefits protectively filed on February 4, 2011, plaintiff, Lasonya R. Wilson, is not disabled under sections 216(i) and 223(d) of the Social Security Act, be, and is hereby, affirmed.

SIGNED February 27, 2015.

_____
JOHN McBRYDE
United States District Judge